# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 24, 2010

139810

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

                                      SC:  139810
                                        COA: 284096
                                        Oakland CC: 1993-125655-FC

CAROL EGE,
         Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the August 25, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 24, 2010

_____

p0317                                               Clerk